Judge Paul Friedman
333 Constitutional Ave. N.W.
Washington, D.C. 20001

Your Honor:

    I am writing concerning the response of Mr. Knight's in which he stated the ineffective assistance of consul motion I filed during trial requesting a *mistrial was "moot"*.

    As you know I filed a motion during trial requesting you find my trial counsel, Thomas Abbenante, had provided ineffective assistance of counsel. When this motion was presented to you in Court you noted I had requested a *mistrial* not a *new trial*. I then sent a supplement motion in November of 2012. Upon receiving this supplement motion you call Paul Knight, the Attorney you appointed to represent me in the post trial motions, and asked him if this motion should be filed. Mr. Knight came and spoke to me and asked me to withhold filing of this motion. We came to what I believed to be a mutual understanding in which I would agree to withhold the filing of this motion and he agreed to file a motion supporting my original trial motion at a later date.

    From December of 2012 till the hearing in October of 2013 I repeatedly inquired of Mr. Knight what was the status of this motion and when he was going to file his response. At all times in response to this question Mr. Knight had told me the *Court had denied this motion*.

    Them at the October 2013 hearing you requested that *any additional filings* concerning the *outstanding trial motion for ineffective assistance of counsel* be file as soon as possible.

    Mr. Knight, without consulting me and completely indifferent to our prior agreement, filed a motion, which if consulted I would of absolutely opposed, where he stated he considered the trial motion I filed concerning ineffective assistance of counsel, concerning Thomas Abbenante, to be *"moot"*. Upon receipt of a copy of Mr. Knight's motion I immediately responded expressing my concern, displeasure, and disagreement to his response

From the filing of the motion till now defendant has expected Mr. Knight to speak to him in person concerning his action in this motion--this has not happened, and the reason for the delay in this filing.

I am requesting this Court to reconsider Mr. Knight's filing of the motion requesting my trial motion for ineffective assistance of counsel is moot and instead allow arguments concerning the issues in this motion go forward. Specifically I request this Court to set a hearing date so oral arguments may be presented and to enter this request into the Court record.

Respectfully Submitted

Gregory J. Sitzmann