Judge Paul Friedman
333 Const. Ave. N.W.
Washington, D.C. 20001

April 27, 2014

08CR242

Your Honor:

In your letter dated April 25, 2014 to Mr. Eliopoulos and Mr. Knight you referred to the motion I had sent you. I am asking you to also consider, as part of that motion, the important information I failed to include, that being:

1) In Agent Buss's R.O.I., code 301 no. 2, dated 07/21/04 his Supervisory Agent was Fredrick Stacy.

If you recall Mr. Stacy testified at trial as the Government's "EXPERT" witness. So not only did he have access to the R.O.I. of Agent Buss but surly had access to Mr. Jones' "sworn statement" Mr. Eliopoulos stated was read to the Indicting Grand Jury.

As Mr. Eliopoulos, Agent Buss, and Agent Stacy are all either on Officiers of the Court and on giving "sworn testimony" it seems strange none of them felt it was their "duty" to explain Mr. Jones had never implicated the Defendant in the only act which would give the jury, or Government, venue in Washington, D.C. With what is available to the Court now there seems as thru this gentlemen would have to entered into an agreement to keep the jury from knowing this information. [This is without considering Mr. Abbenante ineffective questioning or failure to bring this issue to the attention of the Court.]

Because of these gentlemen's failure to uphold either thier "sworn" duty or the obligation to tell the "whole truth"

(1)

I request this Court to refer for investigation to the proper Authority. (Dept. of Justice Attorney General Office, Office of Professional Responsibility ect.)

I, again, request for the Court to enter into the record the motion and letter, refered to in your April 25, 2012, letter, along with this letter as supplements to my original Pro-SE motion, I filed during trial, requesting a mistrial because of the ineffective Assistance of Counsel I received from Mr. Abbenante.

Respectfully Submitted
Gregory J. Sitzmann

P.S. If possible could you return a photocopy of this to me. Thank You.

(2)